DENNIS REALTY CORP., Landlord, Respondent, *v.* ABRAHAM TWERSKY, Tenant, Appellant.

Supreme Court, Appellate Term, First Department, October 16, 1947.

*Matthew M. Levy, Louis Kantor* and *Harold P. Spivak,* for appellant.

*Monroe Goldwater* and *Arthur C. Parker* for respondent.

Final order and judgment affirmed.

Concur: HAMMER and EDER, JJ. Taking no part: SHIENTAG, J.